*E-FILED: February 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TCBY SYSTEMS, LLC,<br><br>    Plaintiff,<br>  v.<br><br>STEWARD ENTERPRISES, INC. and<br>EDMOND GOUBRAN,<br><br>    Defendants.<br>_____/ | No. C12-00684 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

    Plaintiff has filed a motion for preliminary injunction. Because plaintiff requests immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly to reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: February 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00684-HRL Notice has been electronically mailed to:

Nicholas DeWitt     nickdewitt@sbcglobal.net