UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCBY SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEWARD ENTERPRISES, INC., a Nevada corporation; and EDMOND GOUBRAN, a California citizen,<br><br>Defendants. | CASE NO. 12-cv-00684 RS<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

Good cause appearing therefore, IT IS HEREBY ORDERED that the time within which Defendants must answer Plaintiff's Complaint is hereby continued to and including March 30, 2012.

**IT IS SO ORDERED.**

Dated: March  20 , 2012                       _____
                                                                     THE HONORABLE RICHARD SEEBORG
                                                                     UNITED STATES DISTRICT COURT JUDGE

- 1 -                                                  ORDER TO EXTEND TIME TO ANSWER COMPLAINT