1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

| TCBY SYSTEMS, LLC, a Delaware corporation, | ) | CASE NO. 12-cv-00684 RS |

TCBY SYSTEMS, LLC, a Delaware
corporation,                                )     CASE NO. 12-cv-00684 RS
                                            )
              Plaintiff,                     )
                                            )
          vs.                               )     [~~PROPOSED~~] **ORDER RE**
                                            )     **STIPULATION TO EXTEND**
STEWARD ENTERPRISES, INC., a                )     **TIME TO ANSWER**
Nevada corporation; and EDMOND              )     **PLAINTIFF'S COMPLAINT**
GOUBRAN, a California citizen,               )
                                            )
              Defendants.                    )

9
10
11
12
13
14
15
16
17
18
19

    Good cause appearing therefore, IT IS HEREBY ORDERED that the time
within which Defendants must answer Plaintiff's Complaint is hereby continued to
and including March 30, 2012.

20
21
22
23

    **IT IS SO ORDERED.**

24
25

Dated:  March _20_, 2012     _____
                             THE HONORABLE RICHARD SEEBORG
                             UNITED STATES DISTRICT COURT JUDGE

26
27
28

ORDER TO EXTEND TIME TO ANSWER
COMPLAINT