UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCBY SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEWARD ENTERPRISES, INC., a Nevada corporation; and EDMOND GOUBRAN, a California citizen,<br><br>Defendants. | CASE NO. 3:12-cv-00684 RS<br><br>*[Hon. Richard Seeborg]*<br><br>**[~~PROPOSED~~] ORDER RE SUBSTITION OF ATTORNEY** |

The Court hereby orders that the request of Plaintiff, TCBY Systems, LLC ("TCBY") to substitute STEINBRECHER & SPAN LLP, Alan K. Steinbrecher (SB# 79201), 445 South Figueroa St., Suite 2230, Los Angeles, California 90071, asteinbrecher@steinbrecherspan.com, T: (213) 891-1400, F: (213) 891-1470 as attorney of record in place and stead of DeWITT, DENNEY & PAINTER LLP is hereby **GRANTED**.

Dated: 4/26/12

United States District Judge