1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

TCBY SYSTEMS, LLC, a Delaware
corporation,

11

Plaintiff,

12

vs.

13

14

STEWARD ENTERPRISES, INC., a
Nevada corporation; and EDMOND
GOUBRAN, a California citizen,

15

16

17

Defendants.

18

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:12-cv-00684 RS

*[Hon. Richard Seeborg]*

**[PROPOSED] ORDER RE
SUBSTITION OF ATTORNEY**

19
20
21
22
23
24
25
26
27
28

- 1 -

1    The Court hereby orders that the request of Plaintiff, TCBY Systems, LLC

2    ("TCBY") to substitute STEINBRECHER & SPAN LLP, Alan K. Steinbrecher

3    (SB# 79201), 445 South Figueroa St., Suite 2230, Los Angeles, California 90071,

4    asteinbrecher@steinbrecherspan.com, T:  (213) 891-1400, F:  (213) 891-1470 as

5    attorney of record in place and stead of DeWITT, DENNEY & PAINTER LLP is

6    hereby **GRANTED**.

7

8

9    Dated:   4/26/12 _____     _____

10                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE SUBSTITUTION OF
ATTORNEY