IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TCBY SYSTEMS, LLC, | No. C 12-00684 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| STEWARD ENTERPRISES, INC., and EDMOND GOUBRAN, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 10, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties have agreed to participate in private mediation to be completed within 90 days of the issuance of this order. They shall promptly notify the Court if the case is resolved at the conference.

2.  INITIAL DISCLOSURES. The parties shall exchange initial disclosures on or before June 8, 2012.


2. DISCOVERY. On or before October 26, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) two (2) non-expert depositions per party; (b) thirty-five (35) interrogatories per party, including all discrete subparts; (c) fifty (50) requests for production of documents or for inspection per party; and (d) twenty-five (25) requests for admission per party.

3. EXPERT WITNESSES. On or before December 7, 2012, all expert discovery shall be completed by the parties. The parties shall be limited to two (2) expert depositions per side.

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than April 25, 2013.

5. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before May 30, 2013 counsel shall file a Joint Pretrial Statement.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on **June 13, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. TRIAL DATE. Trial shall commence on **June 24, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 5/10/12

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER